IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOSHUA DANIEL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>SGT BROWN, et al.,<br><br>Defendant. | 1:25-CV-873 |

**ORDER**

This matter is before the Court for review of the Order and Recommendation filed on July 24, 2026. *7/24/26 Text Recommendation*. The Magistrate Judge recommends dismissing Plaintiff's action without prejudice for failure to prosecute, pursuant to Local Rule 11.1(b). *Id*. The deadline for objections passed on August 10, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation, *7/24/26 Text Recommendation*, is adopted and this action is dismissed without prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 17th day of August, 2026.

*/s/ David A. Bragdon*
United States District Judge